**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

January 9, 2013

    Re:   *United States v. Mary C. Lewis*
           Criminal No.: ELH-12-0012

Dear Ms. Lewis:

    I have received your letter dated January 2, 2013, in which you included the Bureau of Prisons' ("BOP") denial of your request for compassionate release. In your letter, you identify several claims of error by the BOP, including factors that the BOP declined to address in rendering its decision. You also ask that the Court now consider your request.

    As I previously indicated, "[a] district court lacks jurisdiction to modify a sentence, including the conditions of confinement, except as otherwise provided in 18 U.S.C. § 3582(b) or Fed. R. Crim. P. 35." Memorandum of Nov. 2, 2012 (ECF 26) (citing *United States v. Goodwin*, 596 F.3d 233, 235 (4th Cir. 2010)). Pursuant to § 3582(b), the Court may entertain a modification of sentence **upon motion by the BOP**. But, the BOP has not filed a motion recommending a modification of sentence. Accordingly, this Court lacks jurisdiction over your request.

    I do not know what, if any, administrative appeal rights you may have with respect to the BOP decision. Nor may I render legal advice to you.

                                             Very truly yours,

                                             /s/
                                           Ellen Lipton Hollander
                                           United States District Judge

cc: P. Michael Cunningham, Esq.